# Exhibit 2

| | |
|---|---|
| **Subject:** | Doe v. Oberlin - Amended Complaint |
| **Date:** | Friday, January 26, 2018 at 12:29:47 PM Eastern Standard Time |
| **From:** | Chris Muha |
| **To:** | Dave Wallace |
| **CC:** | Justin Dillon |
| **BCC:** | Chris Muha |
| **Attachments:** | Amended Complaint - Final.pdf |

David,

Attached is an amended complaint we intend to file this evening.  The primary changes are in paragraphs 11, 57-59, and 67-68, which discuss a panel in which Ms. Raimondo participated in June of 2015, which we just recently became aware of.  We've also amended it to reflect the fact that we are not pursuing our original claim for negligent infliction of emotional distress, and we've additionally rolled our claim for breach of the covenant of good faith and fair dealing into our breach of contract claim.  We wanted to give you a courtesy heads-up before filing this later this evening.

Take care,
Chris

--
Chris Muha
KaiserDillon PLLC
1401 K Street, NW
Washington DC 20005
(202) 640-2850
www.kaiserdillon.com