# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:17-cv-01335 |
| | ) |
| v. | ) Judge Solomon Oliver, Jr. |
| | ) |
| **OBERLIN COLLEGE,** | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Oberlin College ("Oberlin"), respectfully moves this Court for a thirty (30) day extension of time, up to and including **October 19, 2020**, to move or plead in response to Plaintiff John Doe's Amended Complaint. The requested extension is necessary to enable counsel for Oberlin to prepare a full and complete response to the Amended Complaint, which is fifty-six (56) pages long and contains 223 paragraphs. Oberlin is required to move or plead in response to the Amended Complaint because the Court of Appeals for the Sixth Circuit recently reversed this Court's Order dismissing the Amended Complaint, and the Mandate issued on September 4, 2020.

Dated: September 14, 2020

Respectfully submitted,

*/s/ David H. Wallace*
David H. Wallace (0037210)
dwallace@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707

*Attorney for Defendant, Oberlin College*


## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system

*/s/ David H. Wallace*
David H. Wallace (0037210)

*Attorney for Defendant, Oberlin College,*

27866269.1