UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No.: 1:17 CV 1335 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| OBERLIN COLLEGE, | ) | |
| | ) | CASE MANAGEMENT |
| Defendant | ) | <u>CONFERENCE ORDER</u> |

The court held a telephonic case management conference with counsel for the parties in the within case on November 2, 2020, at 11:00 a.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties have exchanged pre-discovery disclosures.

The parties have until December 2, 2020, to join additional parties and/or amend the pleadings. The cut-off date for fact discovery is April 1, 2021. The cut-off date for expert discovery is June 1, 2021. Counsel for the parties represent that they will determine a schedule for designating experts and submitting reports that is consistent with these dates. The cut-off date for dispositive motions is July 15, 2021. During the conference, the parties discussed the need for a protective order. In conformity with that discussion, the parties agreed to submit as soon as possible a proposed protective order that will allow for the parties to mark documents as confidential during discovery

based on concerns relative to the Family Educational Rights and Privacy Act. If either party needs documents to support its filings or at trial, the party utilizing a protected document shall redact sensitive information or seek permission from the court to file under seal.

After discussion with the parties, the court determined that Alternative Dispute Resolution may be useful. This case is hereby referred to Magistrate Judge Jonathan D. Greenberg to conduct a mediation conference as soon as possible.

This case will automatically be entered into the court's electronic filing system, and all further documents, notices, and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 3, 2020