# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
12/23/2020

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Case No. 1:17-cv-01335 |
| v. | |
| OBERLIN COLLEGE, | Judge Solomon Oliver, Jr. |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe, with the consent of all parties, hereby gives notice that this matter is to be voluntarily dismissed with prejudice. The parties agree that the court shall retain jurisdiction over the enforcement of the Settlement Agreement into which the parties have entered. Each party shall bear its own costs.

DATED: December 22, 2020

/s/ Christopher C. Muha
Justin Dillon (D.C. Bar #502322)
Christopher C. Muha (Ohio Bar #0083080)
KAISERDILLON PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
(202) 640-2850
(202) 280-1034 (facsimile)
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Attorneys for Plaintiff John Doe*

/s/ David H. Wallace
David H. Wallace Ohio Bar #0037210)
William A. Doyle (Ohio Bar #0090987)
Ashley M. Bailes (Ohio Bar #0096768)
Taft Stettinius & Hollister
3500 BP Tower
200 Public Square
Cleveland, OH 44114
(216) 241-2838
(216) 241-3707 (facsimile)
dwallace@taftlaw.com
wdoyle@taftlaw.com
abailes@taftlaw.com

*Attorneys for Defendant*
*Oberlin College*